UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARTIN ALVARADO, MARY AUBERT,           :
JANET AUD, WANDA BACHER, RONALD         :
BELL, JERRI BROWN, KIMBERLY LUTHER,     :
DONNA MALONE, VIVIAN MOSS, LOUISE       :
PLASEK, REBECCA SCHNEIDER, RUBY         :
SCUDDER, PATSY SIMS, JULIA SMITH,       :
RAMONA VAUGHN, MARIA VILLARREAL,        :
PATRICIA WENDELL, CHANTZ WILLIAMS,      :
BEVERLY WOODARD, PATRICIA WOOLEN,       :
                                        :
       Plaintiffs.                      :     Civil Action
v.                                      :     No. 04-11264-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A    :
INTERNEURON PHARMACEUTICALS, INC.;      :
WYETH, INC., F/K/A AMERICAN HOME        :
PRODUCTS CORPORATION; WYETH             :
PHARMACEUTICALS, INC F/K/A WYETH-       :
AYERST PHARMACEUTICALS, INC., A         :
DIVISION OF AMERICAN HOME PRODUCTS      :
CORPORATION; AND BOEHRINGER             :
INGELHEIM PHARMACEUTICALS, INC.,        :
                                        :
       Defendants.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 29, 2004                              Respectfully submitted,
      Boston, Massachusetts

                                              /s/Matthew J. Matule
                                              Matthew J. Matule (BBO #632075)
                                              SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP

Of Counsel:                                       One Beacon Street
Barbara Wrubel                                    Boston, Massachusetts 02108
Katherine Armstrong                               (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                    Counsel for Defendant
                                                Boehringer Ingelheim Pharmaceuticals, Inc.