UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

MARTIN ALVARADO, MARY AUBERT, JANET AUD, WANDA BACHER, RONALD BELL, JERRI BROWN, KIMBERLY LUTHER, DONNA MALONE, VIVIAN MOSS, LOUISE PLASEK, REBECCA SCHNEIDER, RUBY SCUDDER, PATSY SIMS, JULIA SMITH, RAMONA VAUGHN, MARIA VILLARREAL, PATRICIA WENDELL, CHANTZ WILLIAMS, BEVERLY WOODARD, PATRICIA WOOLEN,

    Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.

Civil Action
No. 04-11264-GAO

---

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated:  September 15, 2004                    Respectfully submitted,
       Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Of Counsel:                                          One Beacon Street
Barbara Wrubel                                       Boston, Massachusetts 02108
Katherine Armstrong                                  (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                       Counsel for Defendant
                                                      Indevus Pharmaceuticals, Inc.